IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

BRANDY VEGA TELLEZ,

        Defendant.

_____/

Civ. S-02-686 DFL
Cr. S-99-0401 DFL

O R D E R

    Defendant has filed a notice of appeal of this court's March 12, 2004 denial of his application for a writ of habeas corpus. Before defendant can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed.R.App.P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must

1  state the reasons why such a certificate should not issue.
2  Fed.R.App.P. 22(b).
3       For the reasons set forth in the March 12, 2004 order
4  denying defendant's motion under 28 U.S.C. § 2255, defendant has
5  not made a substantial showing of the denial of a constitutional
6  right.  Accordingly, a certificate of appealability should not
7  issue in this action.
8       IT IS SO ORDERED.
9  Dated: 5/18/2006

_____
DAVID F. LEVI
United States District Judge