IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,               No. CR S-99-0401 JAM EFB P

    vs.

BRANDY VEGA TELLEZ,

      Movant.                 ORDER

_____/

      Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 24, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

\\\\\

1

1. The findings and recommendations filed February 24, 2012, are adopted in full;

2. Respondent's June 6, 2011 motion to dismiss is granted; and

3. The Clerk is directed to close the companion civil case No. CIV S-11-0838 JAM EFB.

DATED:   March 29, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE